UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

                  CASE NO. 1:05-CR-163

v.

                  HON. ROBERT HOLMES BELL

EBOW ESSON ANUMEL,

   Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

   This matter is before the Court on defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (docket #1024). On March 28, 2008, a Report of Eligibility was issued by the Probation Department that indicated defendant appeared to be ineligible for consideration of modification of sentence. Defendant has not filed an objection to the Report of Eligibility within the time-frame established by procedures promulgated by the United States District Court for the Western District of Michigan.

   It appears from a review of the original criminal file that defendant was sentenced pursuant to an Information charging him with Conspiracy to Distribute and to Possess with Intent to Distribute Marijuana contrary to 21 U.S.C. §§846, 841(a)(1) and 841(b)(1)(C).

Eligibility for consideration under 18 U.S.C. §3582(c)(2) is triggered only by an amendment listed under Sentence Guideline §1B1.10(c).  Because there is no listed amendment lowering the guideline range for marijuana, defendant is not eligible for a sentence modification under §3582(c)(2).

ACCORDINGLY, defendant's motion is hereby **DENIED**.


Date:     May 12, 2008              /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    CHIEF UNITED STATES DISTRICT JUDGE